514 A.2d 1372
**Naomi A. GRUN, Appellant,**

v.

**Bennie E. GRUN.**

**Bennie E. GRUN**

v.

**Naomi A. GRUN, Appellant.**

Supreme Court of Pennsylvania.

Argued Sept. 18, 1986.

Decided Oct. 1, 1986.

Reargument Denied Dec. 10, 1986.

Joseph B. Policicchio, Somerset, for appellant.

David J. Flower, Somerset, for Bennie E. Grun.

William J. Grandone, San Antonio, Tex., Julianne M. Keri, Somerset, for Joshua G.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPALLA and PAPADAKOS, JJ.

## ORDER

PER CURIAM:

Order affirmed.

LARSEN, J., dissents.